ACCEPTED
14-18-00418-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/22/2018 3:01:45 PM
CHRISTOPHER A. PRINE
Clerk

ACCEPTED
14-18-00418-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
Chris Daniel - District Clerk Harris County
Envelope No. 24642556
By: CHRIS WASHINGTON
Filed: 5/16/2018 2:20 PM

## CAUSE NO. 2016-19307

| | | |
|---|---|---|
| CITY OF HOUSTON, | § | IN THE DISTRICT COURT |
| | § | 14th COURT OF APPEALS |
| *PLAINTIFF*, | § | HOUSTON, TEXAS |
| | § | 5/22/2018 3:01:45 PM |
| V. | § | CHRISTOPHER A. PRINE |
| | § | Clerk |
| | § | HARRIS COUNTY, TEXAS |
| HOUSTON PROFESSIONAL FIRE | § | |
| FIGHTERS' ASSOCIATION, LOCAL | § | |
| 341, | § | |
| | § | |
| *DEFENDANT*. | § | 127TH JUDICIAL DISTRICT |

### Plaintiff's Notice of Appeal

Pursuant to Texas Rule of Appellate Procedure 25.1, the City of Houston

("City") files this Notice of Appeal.

1.    Plaintiff, City of Houston, desires to appeal the granting of Defendant's

Motion for Final Summary Judgment in Cause Number 2016-19307, in

the 127th Judicial District Court of Harris County, Texas.

2.    The District Court signed the Order granting Defendant's motion on April

17, 2018 in this cause.

3.    This appeal is taken to the First or Fourteenth Court of Appeals at

Houston, Texas.

4.    Plaintiff has not previously filed a related appeal or original proceeding in

either the First or Fourteenth Court of Appeals.

For Official Governmental Use Only - Do Not Disseminate to the Public: 79961822 - Page 1 of 3

5.    This is an appeal of a final judgment under Tex. Civ. Prac. & Rem. Code § 51.012.

Respectfully submitted,

RONALD C. LEWIS
City Attorney
DONALD J. FLEMING
Chief, Labor, Employment & Civil Rights
   Section
JUDITH L. RAMSEY
Chief, General Litigation Section

By:   */s/ Robert W. Higgason*
       Robert W. Higgason
       Senior Assistant City Attorney
       State Bar No.: 09590800
       CITY OF HOUSTON LEGAL
        DEPARTMENT
       900 Bagby, 3rd Floor
       Houston, Texas 77002
       832.393.6481 – Telephone
       832.393.6259 – Facsimile
       robert.higgason@houstontx.gov

*Attorneys for Plaintiff City of Houston*

2

For Official Governmental Use Only - Do Not Disseminate to the Public: 79961822 - Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2018, a true and correct copy of the foregoing has been served on counsel below via e-service.

Richard C. Mumey
THE MUMEY LAW FIRM, PLLC
1225 North Loop West, Suite 1000
Houston, Texas 77008
rick@mumeyfirm.com

*Attorney for Defendant*

<u>/s/ Robert W. Higgason</u>
Robert W. Higgason

3

For Official Governmental Use Only - Do Not Disseminate to the Public: 79961822 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 22, 2018

Certified Document Number:        79961822 Total Pages:  3

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**